**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Christopher James Lussier,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Richard Kyle
U.S. Judge

Case No: Cr. 01-44 1
Date: December 10, 2004
Court Reporter: Robert Riley
Tape Number:
Time Commenced: 10:00
Time Concluded: 10:15
Time in Court: Hours & 15 Minutes

APPEARANCES:

Plaintiff: Elizabeth Peterson, Assistant U.S. Attorney
Defendant: Manny Atwal 9 FPD 9 CJA 9 Retained 9 To be appointed

Court finds that the defendant is in violation of his supervised release. Court sentences his to the custody of BOP for 8 months with supervised release to follow to the original expiration date.

.

s/Deborah Siebrecht
Calendar Clerk