AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**Christopher James Lussier**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)
Case Number: **01-44 RHK**
**Manny Atwal**
Defendant's Attorney

## THE DEFENDANT:

[**x**] admitted guilt to violation of condition(s): **1, 2, 3** of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
**Accordingly**, the Court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Drug tests were positive for marijuana | 8/4/04 |
| 2 | Defendant arrested in Lawrence, Kansas on US Marshal warrant | 9/15/04 |
| 3 | Alcohol test revealed 0.107 alcohol content | 9/3/04 |
| 4 | Absconded from half way house | 9/6/04 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

Special Assessment Amount $ in full and immediately.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 4614
Defendant's Date of Birth: 1983
Defendant's USM No.: **07868-059**

Defendant's Residence Address:

Defendant's Mailing Address (if different from residence address):

**December 10, 2004**
Date of Imposition of Judgment

s/ Richard H. Kyle
Signature of Judicial Officer

**RICHARD H. KYLE**, United States District Judge
Name & Title of Judicial Officer

December 10, 2004
Date

AO 245D (Rev. 3/01) Sheet 2 - Imprisonment
DEFENDANT: CHRISTOPHER JAMES LUSSIER
CASE NUMBER: CR. 01-44 RHK

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 months with supervised release to follow to the original expiration date.**.

[] The Court makes the following recommendations to the Bureau of Prisons:

[**x**] The defendant is remanded to the custody of the United States Marshal.