UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-044 (RHK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION FOR FURLOUGH |
| | ) | |
| CHRISTOPHER JAMES LUSSIER, | ) | |
| | ) | |
| Defendant. | ) | |

Christopher James Lussier, through his undersigned counsel, moves the Court for a furlough from his current sentence of eight months, which he is serving for a violation of supervised release.

Mr. Lussier's father, Byron Lussier, had a heart transplant January 12, 2005. He is currently in the intensive care unit at Fairview University Medical Center in Minneapolis, Minnesota. Hopefully, he will be transferred to a regular unit in the hospital shortly. According to the nurse, he is expected to be in the hospital for at least another two weeks. This information was verified by my office.

Mr. Lussier wishes to be released from custody for eight hours to see his father. A family member is willing to pick him up from the jail and transport him back and forth. proposed Order is enclosed for the Court's consideration.

Dated: January 14, 2005

Respectfully submitted,

*s/ Mannny K. Atwal*

MANNY K. ATWAL
Attorney ID No. 0282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415