**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Christopher James Lussier,

Defendant.

Criminal No. 01-44 (1) (RHK/AJB)

**ORDER**

---

In view of the Defendant's record of non-compliance with the terms of his supervised release, the Motion for Furlough (Doc. No. 32) is **DENIED**.

Dated: January 18, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge