UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-44 **RHK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHRISTOPHER JAMES LUSSIER Defendant. | ) ) ) ) ) ) ) ) ) | **MOTION TO CORRECT JUDGEMENT** |

The defendant, Christopher James Lussier, through his undersigned counsel, moves the Court to correct his Criminal Judgement from December 10, 2004. This motion is pursuant to Federal Rule of Criminal Procedure 35(a) and the following:

1. Mr. Lussier admitted to violating his supervised release on December 10, 2004.

2. At the hearing, the court sentenced Mr. Lussier to seven months and continued his supervised release.

3. Counsel has spoken to Robert Riley, the court reporter for the court, who has verified that the court said "seven months" on the record.

4. A judgement was filed on December 10, 2004. The judgement states the sentence was eight months.

5. It appears fair and just for the court to make the correction from eight months to seven months on the criminal judgement.

Dated: March 1, 2005

Respectfully submitted,

*s/Manny K. Atwal*

Manny K. Atwal
Attorney ID No. 0282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415