# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

Christopher James Lussier
Defendant.

**CERTIFICATE OF SERVICE**

Criminal No: 01-44 RHK

I hereby certify that on March 1, 2005, I caused the following document(s):

1. Motion to Correct Judgment

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

William Koch
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: March 1, 2005

*s/Manny K. Atwal*
MANNY K. ATWAL
Attorney ID No. 0282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415