**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Criminal No. 01-44 (1) (RHK/AJB)

Plaintiff,

**ORDER**

v.

Christopher James Lussier,

Defendant.

---

Defendant's Motion to Correct Judgment is **GRANTED**; and the term of imprisonment imposed for Defendant's violation of the terms of his supervised release is seven (7) months.

Dated: March 8, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge