UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-44 RHK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | MOTION FOR EARLY RELEASE |
| Christopher James Lussier, Defendant. | ) | |

Christopher James Lussier, through his undersigned counsel, moves the Court for an early release from his current sentence of seven months, which he is serving for a violation of supervised release. He is scheduled to be released on March 30, 2005. This information was verified through his caseworker, Ms. Wheeler, at FCI Pekin.

Two of Mr. Lussier's cousins were victims from the March 28, 2005, Red Lake High School Shooting. This information has been verified through his parents, Byron Lussier and charlottes Tarnow. From speaking to his family, the funeral services are beginning on Thursday, March 24, 2005 and going through till Saturday, March 26, 2005.

Mr. Lussier is respectfully requesting to be released a few days early from his prison sentence so he can attend the funerals with his family and community. A proposed Order is enclosed for the Court's consideration.

Dated: March 23, 2005

Respectfully submitted,

*s/ Manny K. Atwal*
MANNY K. ATWAL
Attorney ID No. 0282029
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415