UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Christopher James Lussier,

Defendant.

Criminal No. 01-044 (RHK)

**ORDER FOR EARLY RELEASE**

---

William Koch, Assistant United States Attorney, 300 South Fourth Street, Minneapolis, MN 55415, counsel for Plaintiff.

Manny K. Atwal, Assistant Federal Defender, 300 South Fourth Street, Minneapolis, MN 55415, counsel for Defendant.

---

Based on Defendant's motion for early release filed in this cause on March 23, 2005, and for good cause shown, said motion is granted.

**IT IS HEREBY ORDERED** that Christopher James Lussier is granted immediate release based on time served effective immediately.

Dated: March 24, 2005

s/ Richard H. Kyle
RICHARD H. KYLE
United States District Judge