PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Christopher James Lussier**

**Docket No. 0:01CR00044-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Christopher James Lussier** who was sentenced for Assault with a Dangerous Weapon on July 20, 2001, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Financial disclosure
- No new credit
- Drug and alcohol aftercare
- Mental health aftercare
- No contact with victims
- $766.14 restitution jointly and severally

On April 6, 2004, conditions of supervision were modified due to alcohol use and new criminal activity to include:

- Abstain from alcohol and bars

On June 29, 2004, conditions of supervision were modified due to new criminal activity and drug and alcohol use to include:

- 120-day community corrections center placement

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On July 8, 2005, the defendant admitted he had been using marijuana. He provided a drug test, and the results are pending.

SCANNED
JUL 18 2005
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall perform 25 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 18 day of July, 2005, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on July 13, 2005
Place Bemidji

c: United States Sentencing Commission