Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Christopher James Lussier

Docket No. 0:01CR00044-001(RHK/RLE)

## HEARING WAIVER

I, Christopher James Lussier, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall perform 25 hours of community service, as approved by the probation officer.

Signed: Christopher James Lussier
Christopher James Lussier
Supervised Releasee

Dated: 7-12-05

Witness: Joan L. White
Joan L. White
U.S. Probation Officer

SCANNED
JUL 18 2005
U.S. DISTRICT COURT ST. PAUL