PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Christopher James Lussier**

**Docket No. 0:01CR00044-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Christopher James Lussier** who was sentenced for Assault with a Dangerous Weapon on July 20, 2001, by the Honorable Richard H. Kyle, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Financial disclosure
- No new debt/credit
- Drug and alcohol treatment
- Substance abuse testing
- Mental health treatment
- No contact with victim
- $766.14 in restitution, jointly and severally

On April 6, 2004, conditions of supervision were modified to include:

- Alcohol restrictions and do not frequent bars

On July 29, 2004, conditions of supervision were modified due to new criminal activity and drug and alcohol use to include:

- 120-day community corrections center placement

On July 18, 2005, conditions of supervision were modified due to drug use to include:

- 25 hours community service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On July 27, 2005, the offender submitted a drug test which was positive for cocaine and THC. The offender admitted using marijuana several days prior to the drug test, however, he denied using cocaine.

SCANNED
AUG 12 2005
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

> The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 12th day of August, 2005, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Joan L. White
U.S. Probation Officer

Executed on August 10, 2005
Place Bemidji

c: United States Sentencing Commission