Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Christopher James Lussier

Docket No. 0:01CR00044-001(RHK/RLE)

## HEARING WAIVER

I, Christopher James Lussier, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed:

Christopher James Lussier
Supervised Releasee

Dated: 8-9-05

Witness:

John L. White
U.S. Probation Officer

SCANNED
AUG 12 2005
U.S. DISTRICT COURT ST. PAUL