PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Christopher James Lussier**

**Docket No. 0:01CR00044-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Christopher James Lussier** who was sentenced for Assault with a Dangerous Weapon on July 20, 2001, by the Honorable Richard H. Kyle, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Financial disclosure
- No new debt/credit
- Drug and alcohol treatment
- Substance abuse testing
- Mental health treatment
- No contact with victim
- $766.14 in restitution, jointly and severally

On April 6, 2004, conditions of supervision were modified to include:

- Abstain from alcohol and do not frequent establishments

On July 29, 2004, conditions of supervision were modified due to new criminal activity and drug and alcohol use to include:

- 120-day community corrections center placement

On July 18, 2005, conditions of supervision were modified due to drug use to include:

- 25 hours community service

On August 12, 2005, conditions of supervision were modified due to drug use to include:

- 90-day community corrections center placement

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

SCANNED
JAN 19 2006
U.S. DISTRICT COURT ST. PAUL

On May 16, 2005, the defendant was convicted in Red Lake Tribal Court of Disorderly Conduct. He pled guilty, a fine was imposed, and community service ordered. Specifically, on May 14, 2005, the defendant was a passenger in a vehicle that was stopped by Red Lake police officers due to a call regarding a disturbance. Upon questioning, the defendant was argumentative and would not answer the police officers. He was arrested for Disorderly Conduct.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 30 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This term of confinement to immediately follow the 90 days previously imposed on August 12, 2005.

ORDER OF THE COURT

Considered and ordered this 19th day of January, 2006, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on January 18, 2006
Place Bemidji

c: United States Sentencing Commission

SCANNED
JAN 19 2006
U.S. DISTRICT COURT ST. PAUL