Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Christopher James Lussier

Docket No. 0:01CR00044-001(RHK)

## HEARING WAIVER

I, Christopher James Lussier, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside for a period of 30 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This term of confinement to immediately follow the 90 days previously imposed on August 12, 2005.

Signed: Chris Lussier
Christopher James Lussier
Supervised Releasee

Dated: 1-11-06

Witness: Joan L. White
Joan L. White
U.S. Probation Officer

SCANNED
JAN 19 2006
U.S. DISTRICT COURT ST. PAUL