**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,
Plaintiff,
v.
CHRISTOPHER JAMES LUSSIER,
Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: JEANNE GRAHAM
U.S. Magistrate Judge

Case No: 01-044(RHK)
Date: 6/27/06
Court Reporter: Lori Simpson (MJD)
Tape Number: N/A
Time Commenced: 1:40 PM
Time Concluded: 2:15 PM
Time in Court: 0 Hours & 35 Minutes

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY REVOCATION/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det: 0/35 min

APPEARANCES:
Plaintiff: Bill Koch
Defendant: Andrea George

Interpreter / Language: N/A // ENGLISH

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☐ **Charges from other District**

☒ Deft Ordered Detained - **Govt to submit proposed order** ☐ Bond Continued ☐ Moot Currently Srvg Sentence or bond set in the amount of $ with conditions, see Order Setting Conditions of Release.

☒ Deft bound over to District Court of Minnesota. **Preliminary revocation hearing waived.**
☐ Deft removed to charging district and ordered to appear

☐ Removal Order to be Issued ☐ **No** Removal Order to be Issued ☐ Commitment to Another District to be Issued

Additional Information: **Next appearance final revocation hearing before Judge Kyle; counsel to contact RHK calendar clerk for date.**

s/M.Lenner
Signature of Judicial Asst.