AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
06 JUN 29 AM 11:02
CLERK, U.S. DIST. COURT
ST. PAUL MN

# UNITED STATES DISTRICT COURT

## District of Minnesota

2006 JUN -7 A 10: 14

UNITED STATES OF AMERICA

RECEIVED
U.S. MARSHAL

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 01-44(1) RHK**

0641-0606-1044-D

Christopher James Lussier

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Christopher James Lussier

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: Richard H. Kyle, United States District Court Judge.

Mary Kay Furchner June 6, 2006 at St. Paul, MN

(By) Mary Kay Furchner, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 06/20/06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY DUSM LEVORSON

SCANNED
JUN 2 9 2006
U.S. DISTRICT COURT ST. PAUL

criminal\warrant.frm

DC Modified 12/08/04

A0 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: ____________________

ALIAS: ____________________

LAST KNOWN RESIDENCE: ____________________

LAST KNOW EMPLOYMENT: ____________________

PLACE OF BIRTH: ____________________

DATE OF BIRTH : ____________________

SOCIAL SECURITY NUMBER: ____________________

HEIGHT: ____________________ WEIGHT: ____________________

GENDER: ____________________ RACE: ____________________

HAIR: ____________________ EYES: ____________________

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ____________________

____________________

____________________

FBI NUMBER: ____________________

COMPLETE DESCRIPTION OF AUTO: ____________________

____________________

INVESTIGATIVE AGENCY AND ADDRESS: ____________________

____________________

____________________