**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

vs. Cr. 01-44 RHK

Christopher James Lussier,

Defendant.

**NOTICE OF FINAL REVOCATION/SENTENCING**

A Final Revocation/Sentencing hearing is scheduled for July 28, 2006, at 1:30 pm, before Judge Richard H. Kyle, in Courtroom #1, Duluth Minnesota.

July 13, 2006

RICHARD D. SLETTEN
Clerk of U.S. District Court

s/Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel