UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-44 (RHK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTOPHER JAMES LUSSIER, | ) | |
| | ) | |
| Defendant. | ) | |

The parties in the above-captioned case jointly seek modification of the defendant's term of supervised release. United States Probation Officer, Joan White, concurs with the modifications. On that basis, IT IS ORDERED that:

> The defendant shall reside for a period of 180 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.
>
> The defendant shall remain in custody of the U.S. Marshal's service until an opening is available in a community corrections center. It is further ordered that the U.S. Marshal's Service transport the defendant to the appropriate facility when notified by the Probation Officer that a bed space is available.

Dated: 7/26/06

s/Richard H. Kyle
Honorable Richard H. Kyle
United States District Court Judge