Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Christopher James Lussier

Docket No. 0:01CR00044-001(RHK)

## HEARING WAIVER

I, Christopher James Lussier, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside for a period of 180 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.
>
> The defendant shall remain in custody of the U.S. Marshal's Service until an opening is available in a community corrections center. It is further ordered that the U.S. Marshal's Service transport the defendant to the appropriate facility when notified by the Probation Office that a bed space is available.

Signed: Christopher Lussier
Christopher James Lussier
Supervised Releasee

Witness: [signature]
Matthew T. Whiting
U.S. Probation Officer

Dated: 7/25/06

SCANNED
JUL 26 2006
U.S. DISTRICT COURT ST. PAUL