PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Christopher James Lussier**

**Docket No. 0:01CR00044-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Christopher James Lussier** who was sentenced for Assault with a Dangerous Weapon on July 20, 2001, by the Honorable Richard H. Kyle, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Financial disclosure, no new debt/credit, drug and alcohol treatment, substance abuse testing, mental health treatment, no contact with victim, and $766.14 in restitution jointly and severally
- Abstain from alcohol and do not frequent establishments (added April 6, 2004)
- Alcohol testing (added April 6, 2004)
- 120-day community corrections center placement (modified July 29, 2004, for marijuana and alcohol use and assault)
- 25 hours community service (modified July 18, 2005, for marijuana use)
- 90-day community corrections center placement (modified August 12, 2005, for marijuana and cocaine use)
- 30-day additional community corrections center placement (modified January 19, 2006, for Disorderly Conduct)
- 180-day community corrections center placement (modified July 26, 2006, for marijuana use, failure to report for drug testing, failure to report to probation officer, failure to submit monthly supervision reports, and failure to notify employment change)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On August 19, 2006, the defendant submitted a drug test which was positive for marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
SEP 2 0 2006
U.S. DISTRICT COURT ST. PAUL

The defendant shall reside until expiration of supervision on March 28, 2007, in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 19th day of September, 2006, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Joan L. White
U.S. Probation Officer

Executed on September 18, 2006
Place Bemidji

c: United States Sentencing Commission