Prob 49

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States v. Christopher James Lussier

Docket No. 0:01CR00044-001(RHK)

## HEARING WAIVER

I, Christopher James Lussier, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside until March 28, 2007, in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed: [signature]
Christopher James Lussier
Supervised Releasee

Dated: 9-15-06

Witness: [signature]

SCANNED
SEP 2 0 2006
U.S. DISTRICT COURT ST. PAUL